ETHEL COPE, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

ARTHUR NUNN, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

DORIS NUNN, Appellant, v. WILLIAM HARGREAVES, Respondent, and ANTHONY PIASECKI, Defendant.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

FRED R. PECK, Doing Business under the Firm Name and Style of PECK COAL COMPANY, Respondent, v. MARY A. CLAREY, Appellant.— Judgment of the Onondaga County Court reversed on the law and facts and judgment of Municipal Court of the City of Syracuse affirmed, with costs in this court and in the County Court. Memorandum: The verdict of the jury in the Municipal Court was not against the weight of the evidence. All concur. (The judgment of the Onondaga County Court reverses a judgment of the Municipal Court of the City of Syracuse in favor of the defendant, in an action to recover for merchandise delivered.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ

FLOYD W. VAN WIE, Respondent, v. B. FRANKLIN BARNETT, JESSIE F. BARNETT, His Wife, Appellants, NANNIE M. ARGENBRIGHT, and Others, Defendants.— Judgment and order modified on the facts by reducing the judgment to the sum of $2,851.42, and as so modified affirmed, without costs of this appeal to either party. Certain finding of fact disapproved and reversed and new finding made. All concur, except Crosby, P. J., who dissents and votes for affirmance. (The judgment and order confirm the report of the referee and award plaintiff a deficiency judgment, in an action to foreclose a mortgage.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

BERNARD FURMAN, Also Known as BERNARD FORMAN, and Others, Appellants, v. WALTER F. FURMAN, Also Known as WALTER F. FORMAN, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The order-judgment confirms the report of the official referee on an accounting.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HOWARD J. HILL, Appellant, v. DANIEL W. YOUNG and DANIEL YOUNG, Respondents.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event. (See Per Curiam opinion filed in *Young v. Rochester Gas & Electric Corp., ante,* p. 418, decided herewith.) All concur. (The judgment is for defendants in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.